# MEMORANDUM DECISIONS

BOWERS v. POST. (Circuit Court of Appeals, Seventh Circuit. January 29, 1915.) No. 2100. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. William B. Jarvis, of Chicago, Ill., for plaintiff in error. Joseph W. Moses, of Chicago, Ill., for defendant in error. Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. In Bowers v. Post, 209 Fed. 660, the District Court stated fully and accurately the issues of fact and law that are now presented on this writ of error. The grounds of decision there reported are impregnable, we believe, and the judgment is accordingly affirmed.

---

CULLEN v. ARMSTRONG et al. (Circuit Court of Appeals, Fourth Circuit. February 2, 1915.) No. 1301. Appeal from the District Court of the United States for the District of Maryland, at Baltimore, in Bankruptcy; John C. Rose, Judge. F. Leonard Wailes, of Salisbury, Md. (S. A. Williams, of Bel Air, Md., on the brief), for appellant. Alonzo L. Miles, of Salisbury, Md., for appellees. Before KNAPP and WOODS, Circuit Judges, and WAD-DILL, District Judge.

PER CURIAM. The decree appealed from is affirmed for the reasons stated in the opinion of the District Judge, reported in 209 Fed. 704. Affirmed.

---

HULL v. DICKS. (Circuit Court of Appeals, Fifth Circuit. February 22, 1915.) No. 2398. Petition to Superintend and Revise from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. William H. Barrett, of Augusta, Ga., for petitioner. B. B. McCowen, of Augusta, Ga., for respondent. Before PARDEE, Circuit Judge, and NEW-MAN and MEEK, District Judges.

PER CURIAM. The following question, to wit: "Where a resident citizen of Georgia has been duly adjudicated a bankrupt and dies after such adjudication and after the appointment, qualification and partial administration of the trustee, is the estate vested in the trustee under section 70 of the Bankruptcy Law of 1898 (Act July 1, 1898, c. 541, 30 Stat. 565 [Comp. St. 1913, § 9654]), chargeable under section 8 of the same law, or otherwise, with the allowance for a year's support of the widow and minor children, as provided in the laws of Georgia?"—having been certified to the Supreme Court, and having been answered in the affirmative, (235 U. S. 584, 35 Sup. Ct. 152, 59 L. Ed. ——), and, the same being decisive of this case, the petition for revision is denied.

---

PULLMAN CO. v. MILLER. (Circuit Court of Appeals, Second Circuit. February 18, 1915.) No. 151. In Error to the District Court of the United States for the Western District of New York. C. P. Williamson, of New York City, for plaintiff in error. Before LACOMBE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.